# Court of Appeals
# of the State of Georgia

ATLANTA,   June 30, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1724.  ABDUL MALIK CHESTNUT v. CITI MORTGAGE, INC.**

On March 19, 2014, the trial court entered an order dismissing this case.  On April 21, 2014, plaintiff Abdul Malik Chestnut filed a notice of appeal.

The appellee has filed a motion to dismiss this appeal, arguing that we lack jurisdiction because the notice of appeal was untimely.  The appellee is correct.

A notice of appeal must be filed within 30 days after entry of the order on appeal.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Chestnut filed his notice of appeal 33 days after entry of the order he seeks to challenge.  His appeal is therefore untimely.  The appellee's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/30/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*